**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1368

LAWRENCE VERLINE WILDER, SR.,

Plaintiff - Appellant,

v.

CHARLES JOHNSON, Acting Secretary, United States Department of Health and Human Services; KATHY WHIPPLE, Acting Director, United States Office of Personnel Management; ADMINISTRATOR CENTERS FOR MEDICARE AND MEDICAID STUDIES; SECRETARY OF UNITED STATES DEPARTMENT OF LABOR; CHRISTOPHER SCOLESE, Acting Administrator, NASA,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   William D. Quarles, Jr., District Judge.  (1:09-cv-00351)

Submitted:  July 30, 2009           Decided:  August 4, 2009

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Lawrence Verline Wilder, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., filed a mandamus petition in the district court, requesting appointment of counsel and seeking to compel the defendants to assist him in applying for disability and worker's compensation benefits. The district court entered an order granting Wilder leave to proceed in forma pauperis and placing his case on inactive status pending resolution of cases Wilder has on the court's active docket. Wilder seeks to appeal, challenging the denial of appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). Because the order Wilder seeks to appeal is not immediately appealable, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED